27601, 27602.   GILBERT et al., tax-assessors, v. ASSOCIATED MORTGAGE COMPANIES INC.; and vice versa.

DECIDED APRIL 18, 1940.   REHEARING DENIED JULY 16, 1940.

W. S. Northcutt, Walter C. Hendrix, E. H. Sheats, for plaintiffs.

Hirsch, Smith & Kilpatrick, Welborn B. Cody, Louis Regenstein Jr., contra.

FELTON, J.   Under the rulings by the Supreme Court in its answer to a certified question from this court in this case (189 Ga. 768, 8 S. E. 2d, 46), and of this court in Allied Mortgage Companies v. Gilbert, ante, 843, it was error for the trial court to overrule the motion to dismiss the petition for certiorari. The question raised by the cross-bill of exceptions being controlling the main bill of exceptions will be dismissed.

Judgment reversed on the cross-bill of exceptions. Writ of error on main bill of exceptions dismissed. Sutton, J., concurs.

STEPHENS, P. J., dissenting.   For the reasons stated in the opinion written by me in Gilbert v. Land Estates Inc., ante, 845. I dissent from the judgment of dismissal on the main bill of exceptions, and of reversal on the cross-bill. I am of the opinion that the judgment should be affirmed with direction on the main bill, and that the cross-bill should be dismissed.